STEPHEN B. MILES, APPELLANT, V. OIL WELL SUPPLY
COMPANY ET AL., APPELLEES.

FILED MARCH 2, 1932. No. 28078.

*John C. Mullen* and *George N. Foster*, for appellant.

*Wiltse & Wiltse* and *J. H. Foster*, contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY,
DAY and PAINE, JJ.

PER CURIAM.

Plaintiff brought this action in the district court for
Richardson county by which he sought to obtain a new
trial of an action entitled Oil Well Supply Company v.
Miles on the ground of newly discovered evidence. The
trial court found for defendants and plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.